TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO.03-01-00683-CV






Jon B. Bartoshek, Appellant


v.


Texas Department of Criminal Justice, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. GN000232, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING



 


 Appellant Jon B. Bartoshek has notified this Court that the parties have settled their
dispute, but will need additional time to finalize the settlement agreement. We hereby abate the
appeal on our own motion while the parties finalize the settlement agreement. The Court requests
that the parties submit a status report in thirty days and, if necessary, file a new status report every
thirty days until the settlement is finalized and the parties file a joint motion to dismiss the appeal
in this Court.



 

 Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Filed: April 24, 2002

Do Not Publish